```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF FLORIDA
                        FORT LAUDERDALE DIVISION

                                         CASE NO.: 95-23936-BKC-RBR
IN RE:   RICHARD MARTIN SCHWARTZ         PROCEEDING UNDER CHAPTER 13
         XXX-XX-9202
```

**TRUSTEE'S FINAL REPORT OF ESTATE**

Robin R. Weiner, Chapter 13 Trustee, hereby files this Final Report of Estate.

```
    Case Status: COMPLETED
Petition Filed: October 6, 1995           Case Confirmed: December 15, 1995
Plan File Date: October 23, 1995          Case Closed Date: April 20, 1999

Total amount received from or on behalf of Debtor(s): $  47,972.67
This amount was disbursed to Creditors as follows:
------------------------------------------------------------------------
Name                          Type                 Claim Amt.   Prin. Paid
------------------------------------------------------------------------
EMC MORTGAGE CORPORATION INC  REGULAR MORTGAGE PYM  29,767.63   29,767.63
EMC MORTGAGE CORPORATION INC  MTG ARREARS           11,978.67   11,978.67
HOUSEHOLD FINANCE             DIRECT-PAY                  .00         .00
KEY FEDERAL SAVINGS BANK      GENERAL UNSECURED        495.46      495.16
SEARS                         GENERAL UNSECURED      1,123.87    1,123.20
CITIBANK (SOUTH DAKOTA), N.A  GENERAL UNSECURED      1,461.39    1,460.52
CITIBANK (SOUTH DAKOTA), N.A  GENERAL UNSECURED        277.70      277.53
FIRST UNION - M/C             GENERAL UNSECURED           .00         .00
FIRST UNION - M/C             GENERAL UNSECURED           .00         .00
TEXACO OIL                    GENERAL UNSECURED           .00         .00
MICHAEL COOPER                GENERAL UNSECURED           .00         .00
MAX RECOVERY, INC             GENERAL UNSECURED      1,084.00    1,083.35
========================================================================
    Paid to Trustee: $  1,786.36     Priority Creditors: $         .00
   Paid to Attorney: $       .00      Secured Creditors: $   41,746.30
   Debtor(s) Refund: $       .00    Unsecured Creditors: $    4,439.76
         Clerk Fees: $       .25  Administrative Creditors: $       .00
Trustee Admin. Fees: $       .00         Total Disbursed: $   47,972.67
========================================================================
```

The Trustee respectfully reports the Estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the Estate is ready for closing. Whereby, the Trustee respectfully requests a final decree or order discharging the Trustee be entered, closing the Estate, and granting such other and further relief as the Court may deem just and proper.

```
Dated: January 30, 2009                         /s/ Robin R. Weiner
                                             Robin R. Weiner, Trustee
```

"DIRECT-PAY" claims are paid outside the Plan and the Trustee abandons interest in the collateral securing this debt.